UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80759-CIV-MARRA/MATTHEWMAN

ELECTRIC INSURANCE COMPANY,

    Plaintiff,

v.

CLINT SEVILLA,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon the parties' Joint Stipulation to Cancel Court's Hearing on March 1, 2013 [DE 32]. Having reviewed the same and being otherwise fully advised in the premises, it is hereby

**ORDERED** that Plaintiff Electric Insurance Company's Motion to Compel Better Responses to Request for Production [DE 20] and its Motion to Compel Better Responses to First Set of Interrogatories [DE 21] are **DENIED** as moot; and it is

**FURTHER ORDERED** that the hearing scheduled in the above-captioned cause for 3:30 P.M. on March 1, 2013 is **CANCELLED**; and it is

**FINALLY ORDERED** that any further discovery-related motions shall be filed in accordance with the Court's Amended Order Regarding Discovery Procedure [DE 26].

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of February, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE